948

No. 944. UNION ELECTRIC CO. *v.* CITY OF EAST ST. LOUIS. Sup. Ct. Ill. Certiorari denied. *Robert Broderick* for petitioner. *Avern B. Scolnik* for respondent.

No. 952. VILLAGE OF ROBBINS *v.* VILLAGE OF MIDLOTHIAN. App. Ct. Ill., 1st Dist. Certiorari denied. *Walter K. Black* for petitioner. *Elbert F. Elmore* and *Robert J. Nolan* for respondent.

No. 953. INDUSTRIAL WORKERS OF THE WORLD ET AL. *v.* CLARK, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. *Marshall Patner* for petitioners. *Solicitor General Griswold* for respondent.

No. 954. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *R. Eugene Pincham, Earl E. Strayhorn, Charles B. Evins* and *Sam Adam* for petitioner.

No. 955. ELGIN, JOLIET & EASTERN RAILWAY CO. *v.* DEL RASO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. *Harlan L. Hackbert* for petitioner. *Robert A. Sprecher* and *Meyer Z. Grant* for respondents.

No. 958. CUNDICK *v.* BROADBENT. C. A. 10th Cir. Certiorari denied. *John J. Rooney* for petitioner.

No. 966. PENNSYLVANIA *v.* DELL PUBLICATIONS, INC., ET AL. Sup. Ct. Pa. Certiorari denied. *Joseph M. Smith* and *Arlen Specter* for petitioner.